1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CHINHAYI COLEMAN CADET (CABN 194542)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3680
7      Fax: (510) 637-3724
       E-Mail: chinhayi.cadet@usdoj.gov
8
9  Attorneys for the United States of America

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                          OAKLAND DIVISION
13
   UNITED STATES OF AMERICA,        )    No. CR 10-00540 CW
14                                  )
           Plaintiff,                )    ORDER EXCLUDING TIME PURSUANT
15                                  )    TO THE SPEEDY TRIAL ACT
              v.                    )
16                                  )
   BASEAN L. GEORGE,                )
17                                  )
           Defendant.                )
18 _____)

19     Defendant Basean George made an initial appearance before the Court on August 27,

20 2010  With the agreement of the parties, and with the consent of Defendant Basean George, the

21 Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18

22 U.S.C. § 3161(h)(1)(G), from August 27, 2010 to September 17, 2010.  The parties agreed, and

23 the Court found and held, as follows:

24     1.      Defendant Basean George sought and agreed to the exclusion of time pursuant to

25 the Speedy Trial Act so that defense counsel would have additional time to investigate this

26 matter, interview additional witnesses, confer with Defendant, and prepare for the trial of this

27 matter, taking into account the exercise of due diligence.

28     2.      Given these circumstances, the Court found that the ends of justice served by

   ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT

excluding the period from August 27, 2010 to September 17, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS HEREBY ORDERED that:

With the consent of defendant Basean George, the period from August 27, 2010 to September 17, 2010 is excluded from the Speedy Trial Act calculations for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  Sept. 1, 2010

HONORABLE DONNA M. RYU
United States Magistrate Judge

Approved As To Form:

_____/s/_____
CHINHAYI COLEMAN CADET
Assistant United States Attorney
Counsel for United States

_____/s/_____
JEROME MATTHEWS
Counsel for Basean George

ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
2