MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHINHAYI COLEMAN CADET  (CABN 194542)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3924
Fax: (510) 637-3724
E-Mail: chinhayi.cadet@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 10-00540 CW |
| Plaintiff, ) | ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. ) | |
| BASEAN L. GEORGE, ) | |
| Defendant. ) | |

Defendant Basean George made an initial appearance before the Court on October 8, 2010.  With the agreement of the parties, and with the consent of Defendant Basean George, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), from October 8, 2010 to November 5, 2010.  The parties agreed, and the Court found and held, as follows:

1. Defendant Basean George sought and agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have additional time to investigate this matter, interview additional witnesses, confer with Defendant, and prepare for the trial of this matter, taking into account the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by

ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT

excluding the period from October 8, 2010 to November 5, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS HEREBY ORDERED that:

With the consent of defendant Basean George, the period from October 8, 2010 to November 5, 2010 is excluded from the Speedy Trial Act calculations for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: October  8 , 2010

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

Approved As To Form:

_____/s/_____
CHINHAYI COLEMAN CADET
Assistant United States Attorney
Counsel for United States

_____/s/_____
JEROME MATTHEWS
Counsel for Basean George

ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
2