IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.10-00540 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |
| v. | |
| BESEAN GEORGE, | |
| Defendant. / | |

The Court has reviewed Magistrate Judge Beeler's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect.  Accordingly,

Defendant Besean George's plea of guilty is accepted by the Court as to Count (1) One  of the Indictment charging Defendant Besean George with sexual abuse of a person in official detention in violation of 18 U.S.C. § 2243(b) .  Sentencing is set for Wednesday, February 2, 2011 at 2:30 p.m.  The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 12/9/2010

CLAUDIA WILKEN
United States District Judge

cc: LB, Sue